IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT S. BREEZE, | § § § | |
| *Plaintiff,* | § § | SA-21-CV-00204-JKP |
| vs. | § § § | |
| STATE FARM FIRE & CASUALTY COMPANY, | § § § § | |
| *Defendant.* | § | |

# ORDER

Before the Court is Defendant's Unopposed Motion for Severance and Abatement [#6]. Upon reviewing the Motion and the pleadings on file, and upon considering the arguments of counsel, the Court is of the opinion that Defendant's Motion should be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Severance and Abatement [#6] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's extra-contractual claims and related discovery are hereby **SEVERED** from his contractual claims and **ABATED** until such time as there has been entry of a final judgment related to Plaintiff's contractual claim for uninsured and/or underinsured motorist coverage.

**IT IS FURTHER ORDERED** that the severed and abated extra-contractual claims shall be assigned a new cause of action and that any discovery by Plaintiff relating to the extra contractual claims is hereby **STAYED** pending the entry of a final judgment related to Plaintiff's contractual claim.

**IT IS SO ORDERED.**

SIGNED this 20th day of April, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE